## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dennis Jetton

                         Plaintiff,

v.                                                Case No.: 1:14–cv–01174
                                                       Honorable Sheila M. Finnegan

American Auto Works, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 19, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: Defendant BNSF Railway Company's motion to dismiss its third–party claim against Infinity Auto Express, Inc. [207] is granted. The third–party claim for contribution against Infinity Auto Express, Inc., is dismissed with prejudice. Motion Hearing set for 2/26/2016 is cancelled. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.